# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** AARON FOSTER
- **Case Number:** 16-22163-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 15, 2016 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/20/16 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#5 - Final Confirmation of Plan Dated 6/9/2016 - NFC
R / M #:  5 / 0

**Appearances:**

- Debtor: K. Still
- Trustee: Winnecour / Bedford / Pail / (Katz)
- Creditor:

*[handwritten notes: LMP pending interim - final pymnt due this month. final dk expected jan.]*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/13/17 at 1:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/7/2016   1:52:04PM