IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 16-22163-CMB |
| Aaron Foster, Jr., | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | Docket No. 18 |
| Aaron Foster, Jr., | : | |
|     Movant(s) | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Financial LLC, | : | |
|     Respondent(s) | : | |

## **ORDER**

A *Loss Mitigation Order* dated  August 4, 2016 , was entered in the above matter at Document No.  18 . On  December 14, 2016 , a *Motion to Extend the Loss Mitigation Period* was filed by  Debtor  at Document No.  32 .

*AND NOW*, this  29th  day of  December , 20 16 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including*  February 15 , 20  17 .

*Carlota M. Böhm*
United States Bankruptcy Judge    dmr

FILED
12/29/16 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA