IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    : Bankruptcy No. 16-22163-CMB

Aaron Foster, Jr.,                    : Chapter 13
    Debtor(s)

                                                         : Docket No. 18

Aaron Foster, Jr.,
    Movant(s)

v.

Ditech Financial LLC,
    Respondent(s)

## ORDER

A *Loss Mitigation Order* dated __August 4, 2016__, was entered in the above matter at Document No. __18__. On __December 14, 2016__, a *Motion to Extend the Loss Mitigation Period* was filed by __Debtor__ at Document No. __32__. An Order extending the Loss Mitigation Period to February 15, 2017 was entered at Document No. 36. On February 15, 2017, a *Second Motion to Extend the Loss Mitigation Period* was filed by Debtor at Document No. __37__.

AND NOW, this __1st__ day of __March__, 20__17__, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* __Apr. 17__, 20 __17__.

_Carlota M. Böhm_
United States Bankruptcy Judge     **kmt**

FILED
3/1/17 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)          Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22163-CMB
Aaron Foster, Jr.                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Mar 01, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.
db         +Aaron Foster, Jr.,   413 Dunbar Drive,   Pittsburgh, PA 15235-5218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2017 at the address(es) listed below:
        Christopher M. Frye   on behalf of Debtor Aaron  Foster, Jr. chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com
        James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                             TOTAL: 7