# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** AARON FOSTER
**Case Number:** 16-22163-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 13, 2017 01:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/19/17 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#5 - Continued Confirmation of Plan Dated 6/9/2016 (NFC)
R / M #:  5 / 0

### Appearances:

A. Seidl

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _7/27/17_ at _9:30_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/6/2017    1:22:33PM