IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 16-22163-CMB |
| Aaron Foster, Jr., | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | Docket No. 18 |
| Aaron Foster, Jr., | : | |
|     Movant(s) | : | |
| | : | Related to Doc. No. 41 |
| v. | : | |
| | : | **ENTERED BY DEFAULT** |
| Ditech Financial LLC, | : | |
|     Respondent(s) | : | |

### ORDER OF COURT

**AND NOW,** this __27th__ **day of** ____April____, 20__17__, it is hereby **ORDERED**, **ADJUDGED** *and DECREED* that this Court approves the loan modification between the Debtor, Aaron Foster, Jr., and the mortgage company, Ditech Financial LLC, the terms of which are as follows:

a) The new balance owed is $50,766.83.
b) The interest rate is now 2%.
c) The monthly mortgage payment is $493.18.
d) The Mortgage arrears are now $0.00.

It is further ordered that an amended plan shall be filed within thirty days of the date of this order that incorporates the terms of the loan modification described above.

_____ J.
Carlota M. Böhm
dmr

FILED
4/27/17 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22163-CMB
Aaron Foster, Jr.                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric               Page 1 of 1            Date Rcvd: Apr 27, 2017
                         Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db             +Aaron Foster, Jr.,    413 Dunbar Drive,    Pittsburgh, PA 15235-5218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
        Christopher M. Frye    on behalf of Debtor Aaron  Foster, Jr. chris.frye@steidl-steinberg.com,
        julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com
        James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        Joshua I. Goldman     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
        bkecf@sterneisenberg.com
                                                                                                               TOTAL: 8