**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankruptcy Case No.: 16–22163–CMB

Chapter: 13
Docket No.: 53 – 52
Conciliation Conference Date: 7/27/17 at 09:30 AM

**Aaron Foster Jr.**
   Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the ___31st___ day of ___May___, __2017__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   First Class Mail

on the respondent(s) at (list names and addresses here):

   See Attached Mailing Matrix

Executed on ___May 31, 2017___         /s/ Todd Thomas
            (Date)                                    (Signature)

Todd Thomas Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          1st National Bank                         Peter J. Ashcroft
0315-2                                   4140 E. State Street                      Bernstein-Burkley, P.C.
Case 16-22163-CMB                        Hermitage, PA 16148-3401                  Suite 2200, Gulf Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                   Pittsburgh, PA 15219-1900
Pittsburgh
Tue May 30 17:13:58 EDT 2017

(p)BB AND T                              Credit Management Company                 Ditech Financial LLC
PO BOX 1847                              2121 Noblestown Road                      345 St. Peter Street
WILSON NC 27894-1847                     Pittsburgh, PA 15205-3956                 Saint Paul, MN 55102-1211



Ditech Financial LLC                     Ditech Financial LLC fka Green Tree Servicin   Enterprise Bank
c/o KML Law Group, P.C.                  P.O. Box 6154                             4845 William Penn Highway
Suite 5000-BNY Independence Center       Rapid City, South Dakota 57709-6154       Monroeville, PA 15146-3711
701 Market Street
Philadelphia, PA 19106-1538


First National Bank of PA                First National Bank of PA                 (p)FIRST NIAGARA BANK
4140 East State Street                   c/o AAS Debt Recovery Inc.                PO BOX 514
Hermitage, PA 16148-3401                 PO Box 129                                LOCKPORT NY 14095-0514
                                         Monroeville, PA 15146-0129


First Niagara Bank, N.A.                 Aaron Foster Jr.                          Christopher M. Frye
6950 South Transit Road                  413 Dunbar Drive                          Steidl & Steinberg
PO Box 514                               Pittsburgh, PA 15235-5218                 Suite 2830 Gulf Tower
Lockport NY  14095-0514                                                            707 Grant Street
                                                                                   Pittsburgh, PA 15219-1908


Joshua I. Goldman                        M & T BANK                                (p)M&T BANK
KML Law Group, P.C.                      PO BOX 1508                               LEGAL DOCUMENT PROCESSING
701 Market Street                        BUFFALO, NY 14240-1508                    1100 WHERLE DRIVE
Suite 5000                                                                         WILLIAMSVILLE NY 14221-7748
Philadelphia, PA 19106-1541


M&T Bank                                 MTGLQ Investors LP                        MTGLQ, L.P.
c/o ACI                                  Stern & Eisenberg                         Shellpoint Mortgage Servicing
2420 Sweet Home Road                     1581 Main Street                          PO Box 10826
Suite 150                                Suite 200                                 Greenville, SC 29603-0826
Buffalo, NY 14228-2244                   Warrington, PA 18976-3400


Midland Funding, LLC                     Midland Funding, LLC                      William E. Miller
2365 Northside Drive, Suite 300          c/o Atlantic Credit & Finance Inc.        Stern & Eisenberg, PC
San Diego, CA 92108-2709                 PO Box 13386                              1581 Main Street, Suite 200
                                         Roanoke, VA 24033-3386                    Warrington, PA 18976-3400


Mitchell's Auto Sales                    Office of the United States Trustee       Pennsylvania Dept. of Revenue
530 E. Pittsburgh Mckeesport Blvd        Liberty Center.                           Department 280946
North Versailles, PA 15137-2208          1001 Liberty Avenue, Suite 970            P.O. Box 280946
                                         Pittsburgh, PA 15222-3721                 ATTN: BANKRUPTCY DIVISION
                                                                                   Harrisburg, PA 17128-0946


Peoples Natural Gas Company LLC          Peoples Natural Gas Company LLC           Professional Account Management
225 North Shore Drive                    375 North Shore Drive                     633 W. Wisconsin Avenue
Attention: Barbara Rodgers               Pittsburgh, PA 15212-5866                 Milwaukee, WI 53203-1920
Pittsburgh, PA 15212-5860
```

| | | |
|---|---|---|
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch Banking & Trust<br>200 West Second Street<br>Winston Salem, NC 27101 | First Niagara Bank<br>P. O. Box 514<br>Lockport, NY 14095 | M&T Bank<br>PO Box 900<br>Millsboro, DE 19966 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (u)Duquesne Light Company | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients     2<br>Total                   34 |