**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Aaron Foster Jr.**
   Debtor(s)

Bankruptcy Case No.: 16–22163–CMB
Related to Doc. No. 66
Chapter: 13
Docket No.: 67 – 66
Concil. Conf.: January 30, 2020 at 02:30 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____17th____ day of ____December_____, __2019__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   First Class Mail

on the respondent(s) at (list names and addresses here):

   See Attached Mailing Matrix

Executed on ____December 17, 2019____    ____/s/ Christopher M. Frye____
              (Date)                              (Signature)

Todd Thomas Steidl & Steinberg, PC 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          1st National Bank                          Peter J. Ashcroft
0315-2                                   4140 E. State Street                       Bernstein-Burkley, P.C.
Case 16-22163-CMB                        Hermitage, PA 16148-3401                   Suite 2200, Gulf Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                    Pittsburgh, PA 15219-1900
Pittsburgh
Tue Dec 17 08:57:05 EST 2019

(p)BB AND T                              Credit Management Company                  Ditech Financial LLC
PO BOX 1847                              2121 Noblestown Road                       345 St. Peter Street
WILSON NC 27894-1847                     Pittsburgh, PA 15205-3956                  Saint Paul, MN 55102-1211


Ditech Financial LLC                     Ditech Financial LLC fka Green Tree Servicin   Enterprise Bank
c/o KML Law Group, P.C.                  P.O. Box 6154                              4845 William Penn Highway
Suite 5000-BNY Independence Center       Rapid City, South Dakota 57709-6154        Monroeville, PA 15146-3711
701 Market Street
Philadelphia, PA 19106-1538

First National Bank of PA                First National Bank of PA                  (p)FIRST NIAGARA BANK
4140 East State Street                   c/o AAS Debt Recovery Inc.                 PO BOX 514
Hermitage, PA 16148-3401                 PO Box 129                                 LOCKPORT NY 14095-0514
                                         Monroeville, PA 15146-0129

First Niagara Bank, N.A.                 Aaron Foster Jr.                           Christopher M. Frye
6950 South Transit Road                  413 Dunbar Drive                           Steidl & Steinberg
PO Box 514                               Pittsburgh, PA 15235-5218                  Suite 2830 Gulf Tower
Lockport NY  14095-0514                                                             707 Grant Street
                                                                                    Pittsburgh, PA 15219-1908

Joshua I. Goldman                        M & T BANK                                 (p)M&T BANK
KML Law Group, P.C.                      PO BOX 1508                                LEGAL DOCUMENT PROCESSING
701 Market Street                        BUFFALO, NY 14240-1508                     626 COMMERCE DRIVE
Suite 5000                                                                          AMHERST NY 14228-2307
Philadelphia, PA 19106-1541

M&T Bank                                 MTGLQ Investors LP                         MTGLQ Investors, L.P.
c/o ACI                                  Stern & Eisenberg                          c/o Shellpoint Mortgage Servicing
2420 Sweet Home Road                     1581 Main Street                           PO Box 10826
Suite 150                                Suite 200                                  Greenville, SC 29603-0826
Buffalo, NY 14228-2244                   Warrington, PA 18976-3403

MTGLQ, L.P.                              Michael C. Mazack                          Midland Funding, LLC
Shellpoint Mortgage Servicing            Lynch Law Group LLC                        2365 Northside Drive, Suite 300
PO Box 10826                             501 Smith Drive, Suite 3                   San Diego, CA 92108-2709
Greenville, SC 29603-0826                Cranberry Township, PA 16066-4133

Midland Funding, LLC                     William E. Miller                          Mitchell's Auto Sales
c/o Atlantic Credit & Finance Inc.       Stern & Eisenberg, PC                      530 E. Pittsburgh Mckeesport Blvd
PO Box 13386                             1581 Main Street, Suite 200                North Versailles, PA 15137-2208
Roanoke, VA 24033-3386                   Warrington, PA 18976-3403


Office of the United States Trustee      Pennsylvania Dept. of Revenue              Peoples Natural Gas Company LLC
Liberty Center.                          Department 280946                          225 North Shore Drive
1001 Liberty Avenue, Suite 970           P.O. Box 280946                            Attention:  Barbara Rodgers
Pittsburgh, PA 15222-3721                ATTN: BANKRUPTCY DIVISION                  Pittsburgh, PA 15212-5860
                                         Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Peoples Natural Gas Company LLC<br>375 North Shore Drive<br>Pittsburgh, PA 15212-5866 | Professional Account Management<br>633 W. Wisconsin Avenue<br>Milwaukee, WI 53203-1920 | U.S. Bank Trust National Association as Trus<br>Law Offices of Michelle Ghidotti<br>1920 Old Tustin Avenue<br>Santa Ana |
| U.S. Bank Trust National Association, as Tru<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | US Bank Trust NA as Trustee of the Lodge Ser<br>U.S. Bank Trust, N.A. as Trustee<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch Banking & Trust<br>200 West Second Street<br>Winston Salem, NC 27101 | First Niagara Bank<br>P. O. Box 514<br>Lockport, NY 14095 | M&T Bank<br>PO Box 900<br>Millsboro, DE 19966 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (u)Duquesne Light Company | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     2<br>Total                  39 |