Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Aaron Foster Jr.**
  Debtor(s)

Bankruptcy Case No.: 16–22163–CMB
Per January 30, 2020 Proceeding
Chapter: 13
Docket No.: 70 – 66, 67
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 6, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $993.00 as of February, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.    Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

U.S. Bank (Cl. #5–2) to be paid per loan mod dated 4/27/2017 with payment changes implemented.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: February 4, 2020

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                   Case No. 16-22163-CMB
Aaron Foster, Jr.                                                        Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: dric                  Page 1 of 2           Date Rcvd: Feb 04, 2020
                               Form ID: 149                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db             +Aaron Foster, Jr.,    413 Dunbar Drive,    Pittsburgh, PA 15235-5218
cr             +MTGLQ Investors LP,    Stern & Eisenberg,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
cr             +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
cr             +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Attention: Barbara Rodgers,
                 Pittsburgh, PA 15212-5860
cr              U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,    Santa Ana
14243236       +1st National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
14243240       +Ditech Financial LLC,    c/o KML Law Group, P.C.,    Suite 5000-BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14243241        Enterprise Bank,    4845 William Penn Highway,    Monroeville, PA 15146-3711
14254247       +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
14318950       +First National Bank of PA,    c/o AAS Debt Recovery Inc.,    PO Box 129,
                 Monroeville, PA 15146-0129
14269525       +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14243244        M&T Bank,    c/o ACI,   2420 Sweet Home Road,    Suite 150,    Buffalo, NY 14228-2244
14335583        MTGLQ, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
14243247       +Mitchell's Auto Sales,    530 E. Pittsburgh Mckeesport Blvd,    North Versailles, PA 15137-2208
14305520       +Peoples Natural Gas Company LLC,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
14243248       +Professional Account Management,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bknotices@snsc.com Feb 05 2020 02:50:31
                 US Bank Trust NA as Trustee of the Lodge Series II,    U.S. Bank Trust, N.A. as Trustee,
                 c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
14243237        E-mail/Text: bankruptcy@bbandt.com Feb 05 2020 02:49:46     Branch Banking & Trust,
                 200 West Second Street,    Winston Salem, NC 27101
14243238       +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 05 2020 02:50:19
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14243239       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 05 2020 02:49:47     Ditech Financial LLC,
                 345 St. Peter Street,    Saint Paul, MN 55102-1211
14307642        E-mail/Text: bankruptcy.bnc@ditech.com Feb 05 2020 02:49:47
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14243242        E-mail/Text: fnb.bk@fnfg.com Feb 05 2020 02:50:18     First Niagara Bank,    P. O. Box 514,
                 Lockport, NY 14095
14277306        E-mail/Text: fnb.bk@fnfg.com Feb 05 2020 02:50:18     First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY 14095-0514
14243243        E-mail/Text: camanagement@mtb.com Feb 05 2020 02:49:47     M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
14243246       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2020 02:50:01     Midland Funding, LLC,
                 c/o Atlantic Credit & Finance Inc.,    PO Box 13386,    Roanoke, VA 24033-3386
14243245       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2020 02:50:01     Midland Funding, LLC,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14975591       +E-mail/Text: bknotices@snsc.com Feb 05 2020 02:50:31
                 U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Duquesne Light Company
                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dric                Page 2 of 2                Date Rcvd: Feb 04, 2020
                              Form ID: 149              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Aaron  Foster, Jr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Michael C. Mazack    on behalf of Creditor    US Bank Trust NA as Trustee of the Lodge Series III
               Trust mmazack@lynchlaw-group.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```