**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/22/2020

IN RE:

AARON FOSTER, JR.                              Case No.16-22163 CMB
413 DUNBAR DRIVE
PITTSBURGH,  PA  15235                         Chapter 13
XXX-XX-2197          Debtor(s)

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/22/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **US BANK TRUST NA - TRUSTEE OF CHALET SER** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI | |
| C/O SN SERVICING CORP(*) | Court Claim Number:5 | ACCOUNT NO.: 7628 | |
| 323 5TH ST* | | | |
| | CLAIM: 0.00 | | |
| EUREKA, CA 95501 | COMMENT: 615/PL*615.28 X (60+2)=LMT*LMP@19*FR DITECH FINANCIAL-DOC 29*CL=50321.32 | | |

| | | | |
|---|---|---|---|
| **MITCHELLS AUTO SALES** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC: VEHICLE | |
| 530 E PITTSBURGH MCKEESPORT BLVD | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 2,200.00 | | |
| NORTH VERSAILLES, PA 15137 | COMMENT: $@0%MDF/PL | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC: NOTICE ONLY | |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| PHILADELPHIA, PA 19106 | COMMENT: DITECH FNCL/SCH | | |

| | | | |
|---|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:1 | ACCOUNT NO.: 6830 | |
| 4140 E STATE ST | | | |
| | CLAIM: 5,625.23 | | |
| HERMITAGE, PA 16148 | COMMENT: DEFICIENCY*PAYWHICH?*W/18*DKT | | |

| | | | |
|---|---|---|---|
| **BRANCH BANKING&TRUST CO/BB&T(*)** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| BK SECTION 100 50 01 51 | Court Claim Number: | ACCOUNT NO.: | |
| POB 1847 | | | |
| | CLAIM: 0.00 | | |
| WILSON, NC 27894-1847 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15205-3956 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ENTERPRISE BANK** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 4091 MOUNT ROYAL BLVD | Court Claim Number: | ACCOUNT NO.: 5749 | |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15101 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 94968 | Court Claim Number:3 | ACCOUNT NO.: 2537 | |
| | CLAIM: 4,047.92 | | |
| CLEVELAND, OH 44101 | COMMENT: INSUFF POD~LOC 2013/SCH | | |

| | | | |
|---|---|---|---|
| **M & T BANK** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 1508 | Court Claim Number:2 | ACCOUNT NO.: 5051 | |
| | CLAIM: 6,048.16 | | |
| BUFFALO, NY 14240 | COMMENT: DEFICIENCY*NO NUM/SCH | | |

| | | | |
|---|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 2672 | |
| | CLAIM: 0.00 | | |
| WARREN, MI 48090 | COMMENT: SYNCHRONY BANK/SCH | | |

| | | |
|---|---|---|
| **PROFESSIONAL ACCOUNT MANAGEMENT** | Trustee Claim Number:11  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| COLLECTION SERVICES DIVISION | Court Claim Number: | ACCOUNT NO.: |
| POB 391 | | |
| | CLAIM: 0.00 | |
| MILWAUKEE, WI  53201 | COMMENT: NT ADR~PARKING TICKETS/SCH | |

| | | |
|---|---|---|
| **ACI** | Trustee Claim Number:12  INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 2420 SWEET HOME RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| AMHERST, NY  14228 | COMMENT: M AND T BANK/SCH | |

| | | |
|---|---|---|
| **ATLANTIC CREDIT & FINANCE INC** | Trustee Claim Number:13  INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 13386 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| ROANOKE, VA  24033-3386 | COMMENT: MIDLAND FUNDING/SCH | |

| | | |
|---|---|---|
| **BERNSTEIN-BURKLEY PC** | Trustee Claim Number:14  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 2200 GULF TOWER | Court Claim Number: | ACCOUNT NO.: |
| 707 GRANT ST | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE OF CHALET SER** | Trustee Claim Number:15  INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SN SERVICING CORP(*) | Court Claim Number:5 | ACCOUNT NO.:  7628 |
| 323 5TH ST* | | |
| | CLAIM: 0.00 | |
| EUREKA, CA  95501 | COMMENT: 18k/PL*LOAN MOD@19*FR DITECH FINANCIAL - DOC 29*CL=15405.38*FR MTGLQ-D | |

| | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE OF CHALET SER** | Trustee Claim Number:16  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SN SERVICING CORP(*) | Court Claim Number:5 | ACCOUNT NO.:  7628 |
| 323 5TH ST* | | |
| | CLAIM: 3,340.50 | |
| EUREKA, CA  95501 | COMMENT: PMT/TRIAL MOD*DKT4PMT-LMT*W/CID-1,15*FR DITECH FINANCIAL-DOC 29*FR MT | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:17  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:4 | ACCOUNT NO.:  0182 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 1,857.23 | |
| PITTSBURGH, PA  15212 | COMMENT: NTC ONLY/SCH | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA**** | Trustee Claim Number:18  INT %: 0.00% | CRED DESC:  UNSECURED/LATE FILED |
| C/O AAS DEBT RECOVERY INC | Court Claim Number:6 | ACCOUNT NO.:  6061 |
| PO BOX 129* | | |
| | CLAIM: 5,247.45 | |
| MONROEVILLE, PA  15146 | COMMENT: ACCT NT/SCH*DEFICIENCY*PAYWHICH?*W/4 | |

| | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE OF CHALET SER** | Trustee Claim Number:19  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SN SERVICING CORP(*) | Court Claim Number:5-2 | ACCOUNT NO.:  7628 |
| 323 5TH ST* | | |
| | CLAIM: 0.00 | |
| EUREKA, CA  95501 | COMMENT: PMT/NMPC-CONF*LOAN MOD*DKT4LMT*BGN 2/17*W/1*FR MTGLQ-DOC 59 | |