IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Aaron Foster, Jr. ) | Case No. 16-22163 CMB |
|     Debtor ) | Chapter 13 |
| ) | Document No. 83 |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, 1st National Bank, BB&T, Credit Management ) | |
| Co., Ditech Financial, Enterprise Bank, First National ) | |
| Bank of PA, First Niagara Bank, M&T Bank, MTGLQ ) | |
| Investors, Midland Funding, Mitchell's Auto Sales, PA ) | |
| Dept. of Revenue, Peoples Natural Gas, Professional ) | |
| Account Manager, US Bank Trust, ) | |
|     Respondents ) | |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, to-wit this \_\_23rd\_\_ day of \_\_December\_\_, 2020, after consideration of the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Interim Compensation is approved in the additional amount of $1,190.00 for work performed in the Chapter 13 case by Debtor's counsel from May 2, 2016, to December 1, 2020.

2. The Debtor paid his counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid an $300.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,700.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $5,190.00, with the total to be paid through the Plan by the Trustee being $4,200.00 (representing the $3,700.00 previously approved to be paid (as set

forth above), and an additional $500.00 that was approved as part of the Amended Chapter 13 Plan dated December 6, 2019 (at Doc. 66) which was confirmed on February 4, 2020, (at Doc. 70),  An amended plan is to be filed within the next 14 days to fund the payment of any remaining approved fees;

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $1,190.00.

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
12/23/20 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Aaron Foster, Jr.  
    Debtor(s)

Case No. 16-22163-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2  
Date Rcvd: Dec 23, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Aaron Foster, Jr., 413 Dunbar Drive, Pittsburgh, PA 15235-5218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Christopher M. Frye  
     on behalf of Debtor Aaron Foster  Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Joshua I. Goldman  
     on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Karen Louise Hughes  
     on behalf of Creditor First National Bank of Pennsylvania karenh@aasdebtrecoveryinc.com

Michael C. Mazack  
     on behalf of Creditor US Bank Trust NA as Trustee of the Lodge Series III Trust mmazack@lynchlaw-group.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Miller
    on behalf of Creditor MTGLQ Investors LP wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

TOTAL: 10