Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Aaron Foster Jr.**
Debtor(s)

Bankruptcy Case No.: 16−22163−CMB

Chapter: 13
Docket No.: 91 − 90

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of August, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/8/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/10/21 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/8/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 16-22163-CMB
Aaron Foster, Jr. | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: dsaw | Page 1 of 3
Date Rcvd: Aug 26, 2021 | Form ID: 408v | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Foster, Jr., 413 Dunbar Drive, Pittsburgh, PA 15235-5218 |
| cr | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery Inc., Karen L. Hughes, Esquire, 2526 Monroeville Blvd, Suite 205 Monroeville, PA 15146-2371 |
| cr | + | MTGLQ Investors LP, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| cr | | U.S. Bank Trust National Association as Trustee of, Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana |
| cr | + | U.S. Bank Trust National Association, as Trustee o, c/o Freidman Vartolo, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14243236 | + | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14243240 | + | Ditech Financial LLC, c/o KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14243239 | + | Ditech Financial LLC, 345 St. Peter Street, Saint Paul, MN 55102-1211 |
| 14307642 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14243241 | | Enterprise Bank, 4845 William Penn Highway, Monroeville, PA 15146-3711 |
| 14318950 | + | First National Bank of PA, c/o AAS Debt Recovery Inc., PO Box 129, Monroeville, PA 15146-0129 |
| 14254247 | + | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15250509 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14269525 | + | M & T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14243244 | | M&T Bank, c/o ACI, 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244 |
| 14335583 | | MTGLQ, L.P., Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14243247 | + | Mitchell's Auto Sales, 530 E. Pittsburgh Mckeesport Blvd, North Versailles, PA 15137-2208 |
| 14305520 | + | Peoples Natural Gas Company LLC, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14243248 | + | Professional Account Management, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@snsc.com | Aug 26 2021 23:16:00 | US Bank Trust NA as Trustee of the Lodge Series II, U.S. Bank Trust, N.A. as Trustee, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14243237 | | Email/Text: bankruptcy@bbandt.com | Aug 26 2021 23:15:00 | Branch Banking & Trust, 200 West Second Street, Winston Salem, NC 27101 |
| 14243238 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 26 2021 23:16:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14243242 | | Email/Text: fnb.bk@fnfg.com | Aug 26 2021 23:16:00 | First Niagara Bank, P. O. Box 514, Lockport, NY 14095 |
| 14277306 | | Email/Text: fnb.bk@fnfg.com | Aug 26 2021 23:16:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14243243 | | Email/Text: camanagement@mtb.com | Aug 26 2021 23:15:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14243246 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 23:16:00 | Midland Funding, LLC, c/o Atlantic Credit & |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Finance Inc., PO Box 13386, Roanoke, VA 24033-3386 |
| 14243245 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 23:16:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15286913 | + | Email/Text: bknotices@snsc.com | Aug 26 2021 23:16:00 | U.S. Bank Trust National Association, as, Trustee of the Lodge Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14975591 | + | Email/Text: bknotices@snsc.com | Aug 26 2021 23:16:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Duquesne Light Company |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Aaron Foster Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Karen Louise Hughes | on behalf of Creditor First National Bank of Pennsylvania karenh@aasdebtrecoveryinc.com |
| Michael C. Mazack | on behalf of Creditor US Bank Trust NA as Trustee of the Lodge Series III Trust mmazack@lynchlaw-group.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

District/off: 0315-2 | User: dsaw | Page 3 of 3
Date Rcvd: Aug 26, 2021 | Form ID: 408v | Total Noticed: 31

|  |  |
|---|---|
|  | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Miller | on behalf of Creditor MTGLQ Investors LP wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 10