**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AARON FOSTER, JR.<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-22163<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/10/2016 and confirmed on 7/29/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 56,090.00 |
| Less Refunds to Debtor | 1,002.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,087.07 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,890.00 | |
|   Trustee Fee | 2,717.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,607.40 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE OF THE L<br>Acct: 7628 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE OF THE L<br>Acct: 7628 | 3,340.50 | 3,340.50 | 0.00 | 3,340.50 |
| US BANK TRUST NA - TRUSTEE OF THE L<br>Acct: 7628 | 0.00 | 27,749.74 | 0.00 | 27,749.74 |
| US BANK TRUST NA - TRUSTEE OF THE L<br>Acct: 7628 | 0.00 | 0.00 | 0.00 | 0.00 |
| MITCHELLS AUTO SALES<br>Acct: | 2,200.00 | 2,200.00 | 0.00 | 2,200.00 |
| | | | | 33,290.24 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AARON FOSTER, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AARON FOSTER, JR.<br>Acct: | 1,002.93 | 1,002.93 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXX1-20 | 1,190.00 | 1,190.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 6830 | 5,625.23 | 4,220.69 | 0.00 | 4,220.69 |
| BRANCH BANKING&TRUST CO/BB&T(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ENTERPRISE BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5749 | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANK | 4,047.92 | 3,037.21 | 0.00 | 3,037.21 |
| Acct: 2537 | | | | |
| M & T BANK | 6,048.16 | 4,538.02 | 0.00 | 4,538.02 |
| Acct: 5051 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2672 | | | | |
| PROFESSIONAL ACCOUNT MANAGEMEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,857.23 | 1,393.51 | 0.00 | 1,393.51 |
| Acct: 0182 | | | | |
| FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6061 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,189.43 |

TOTAL PAID TO CREDITORS                                                                 46,479.67

TOTAL CLAIMED
PRIORITY         0.00
SECURED      5,540.50
UNSECURED   17,578.54

Date: 08/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    AARON FOSTER, JR.

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:16-22163

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                              Case No. 16-22163-CMB

Aaron Foster, Jr.                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: dsaw                               Page 1 of 3

Date Rcvd: Aug 26, 2021                      Form ID: pdf900                      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Foster, Jr., 413 Dunbar Drive, Pittsburgh, PA 15235-5218 |
| cr | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery Inc., Karen L. Hughes, Esquire, 2526 Monroeville Blvd, Suite 205 Monroeville, PA 15146-2371 |
| cr | + | MTGLQ Investors LP, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| cr | | U.S. Bank Trust National Association as Trustee of, Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana |
| cr | | U.S. Bank Trust National Association, as Trustee o, c/o Freidman Vartolo, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14243236 | + | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14243240 | + | Ditech Financial LLC, c/o KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14243239 | + | Ditech Financial LLC, 345 St. Peter Street, Saint Paul, MN 55102-1211 |
| 14307642 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14243241 | | Enterprise Bank, 4845 William Penn Highway, Monroeville, PA 15146-3711 |
| 14318950 | + | First National Bank of PA, c/o AAS Debt Recovery Inc., PO Box 129, Monroeville, PA 15146-0129 |
| 14254247 | + | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15250509 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14269525 | + | M & T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14243244 | | M&T Bank, c/o ACI, 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244 |
| 14335583 | | MTGLQ, L.P., Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14243247 | + | Mitchell's Auto Sales, 530 E. Pittsburgh Mckeesport Blvd, North Versailles, PA 15137-2208 |
| 14305520 | + | Peoples Natural Gas Company LLC, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14243248 | + | Professional Account Management, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@snsc.com | Aug 26 2021 23:16:00 | US Bank Trust NA as Trustee of the Lodge Series II, U.S. Bank Trust, N.A. as Trustee, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14243237 | | Email/Text: bankruptcy@bbandt.com | Aug 26 2021 23:15:00 | Branch Banking & Trust, 200 West Second Street, Winston Salem, NC 27101 |
| 14243238 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 26 2021 23:16:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14243242 | | Email/Text: fnb.bk@fnfg.com | Aug 26 2021 23:16:00 | First Niagara Bank, P. O. Box 514, Lockport, NY 14095 |
| 14277306 | | Email/Text: fnb.bk@fnfg.com | Aug 26 2021 23:16:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14243243 | | Email/Text: camanagement@mtb.com | Aug 26 2021 23:15:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14243246 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 23:16:00 | Midland Funding, LLC, c/o Atlantic Credit & |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Finance Inc., PO Box 13386, Roanoke, VA 24033-3386 |
| 14243245 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 23:16:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15286913 | + | Email/Text: bknotices@snsc.com | Aug 26 2021 23:16:00 | U.S. Bank Trust National Association, as, Trustee of the Lodge Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14975591 | + | Email/Text: bknotices@snsc.com | Aug 26 2021 23:16:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Duquesne Light Company |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Aaron Foster Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Karen Louise Hughes | on behalf of Creditor First National Bank of Pennsylvania karenh@aasdebtrecoveryinc.com |
| Michael C. Mazack | on behalf of Creditor US Bank Trust NA as Trustee of the Lodge Series III Trust mmazack@lynchlaw-group.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

|  |  |
|---|---|
|  | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Miller | on behalf of Creditor MTGLQ Investors LP wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 10