IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )
Aaron Foster, Jr.,                              )       Case No. 16-22163 CMB
    Debtor(s)                                   )       Chapter 13
                                                )       Docket No.
                                                )
                                                )
Aaron Foster, Jr.,                              )
    Movant(s)                                   )
                                                )
    vs.                                         )
                                                )
No Respondent(s)                                )
                                                )

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtor has made all payments required by the Chapter 13 Plan.

2.      Include whichever one of the two following statements applies:
        The Debtor is not required to pay any Domestic Support Obligations.

3.      The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.
        The Debtor has not received a prior discharge in a bankruptcy case within the time frames
        specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code
        does not render the Debtors ineligible for a discharge.

4.      On September 5, 2019 at docket number 64, the Debtor complied with Federal Rule of
        Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition
        Instructional Course in Personal Financial Management*, with the *Certificate of Completion*
        attached to the form.

        This Certification is being signed under penalty of perjury by (*include whichever one of the two
        following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the
        statements in this Certification and verified the answers in support of this Certification.

                                                Respectfully submitted,


September 2, 2021                               /s/ Christopher M. Frye
DATE                                            Christopher M. Frye, Esquire
                                                Attorney for the Debtor(s)
                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                chris.frye@steidl-steinberg.com
                                                PA I.D. No. 208402


**PAWB Local Form 24 (07/13)**