| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Aaron Foster Jr.** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−2197 <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16−22163−CMB** | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Aaron Foster Jr.

10/18/21                                        **By the court:**    Carlota M. Bohm
                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-22163-CMB

Aaron Foster, Jr.     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 3
Date Rcvd: Oct 18, 2021     Form ID: 3180W     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Foster, Jr., 413 Dunbar Drive, Pittsburgh, PA 15235-5218 |
| cr | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery Inc., Karen L. Hughes, Esquire, 2526 Monroeville Blvd, Suite 205 Monroeville, PA 15146-2371 |
| cr | + | MTGLQ Investors LP, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| cr | | U.S. Bank Trust National Association as Trustee of, Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana |
| cr | + | U.S. Bank Trust National Association, as Trustee o, c/o Freidman Vartolo, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14243236 | + | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14243240 | + | Ditech Financial LLC, c/o KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14243239 | + | Ditech Financial LLC, 345 St. Peter Street, Saint Paul, MN 55102-1211 |
| 14307642 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14243241 | | Enterprise Bank, 4845 William Penn Highway, Monroeville, PA 15146-3711 |
| 14318950 | + | First National Bank of PA, c/o AAS Debt Recovery Inc., PO Box 129, Monroeville, PA 15146-0129 |
| 14254247 | + | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15250509 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14269525 | + | M & T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14243244 | | M&T Bank, c/o ACI, 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244 |
| 14335583 | | MTGLQ, L.P., Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14243247 | + | Mitchell's Auto Sales, 530 E. Pittsburgh Mckeesport Blvd, North Versailles, PA 15137-2208 |
| 14305520 | + | Peoples Natural Gas Company LLC, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14243248 | + | Professional Account Management, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Oct 19 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2021 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Oct 19 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2021 23:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr + | Email/Text: bknotices@snsc.com | Oct 18 2021 23:17:00 | US Bank Trust NA as Trustee of the Lodge Series II, U.S. Bank Trust, N.A. as Trustee, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, |

Case 16-22163-CMB   Doc 97   Filed 10/20/21   Entered 10/21/21 00:34:30   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Method | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | CA 95501-0305 |
| 14243237 | | Email/Text: bankruptcy@bbandt.com | Oct 18 2021 23:17:00 | Branch Banking & Trust, 200 West Second Street, Winston Salem, NC 27101 |
| 14243238 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 18 2021 23:17:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14243242 | | Email/Text: fnb.bk@fnfg.com | Oct 18 2021 23:17:00 | First Niagara Bank, P. O. Box 514, Lockport, NY 14095 |
| 14277306 | | Email/Text: fnb.bk@fnfg.com | Oct 18 2021 23:17:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14243243 | | Email/Text: camanagement@mtb.com | Oct 18 2021 23:17:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14243246 | + | EDI: MID8.COM | Oct 19 2021 03:18:00 | Midland Funding, LLC, c/o Atlantic Credit & Finance Inc., PO Box 13386, Roanoke, VA 24033-3386 |
| 14243245 | + | EDI: MID8.COM | Oct 19 2021 03:18:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15286913 | + | Email/Text: bknotices@snsc.com | Oct 18 2021 23:17:00 | U.S. Bank Trust National Association, as, Trustee of the Lodge Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14975591 | + | Email/Text: bknotices@snsc.com | Oct 18 2021 23:17:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Duquesne Light Company |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |

Case 16-22163-CMB    Doc 97    Filed 10/20/21    Entered 10/21/21 00:34:30    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 3 of 3 |
| Date Rcvd: Oct 18, 2021 | Form ID: 3180W | Total Noticed: 33 |

| | |
|---|---|
| Christopher M. Frye | on behalf of Debtor Aaron Foster Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Karen Louise Hughes | on behalf of Creditor First National Bank of Pennsylvania karenh@aasdebtrecoveryinc.com |
| Michael C. Mazack | on behalf of Creditor US Bank Trust NA as Trustee of the Lodge Series III Trust mmazack@lynchlaw-group.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Miller | on behalf of Creditor MTGLQ Investors LP wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 10